FILED
CLERK, U.S DISTRICT COURT
FEB - 3 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORDE - NEW HORIZONS CORP.<br><br>    Plaintiff,<br><br>    v.<br><br>ROCKSTAR GAMES, INC.;<br>TAKE-TWO INTERACTIVE<br>SOFTWARE, INC.; JACK OF<br>ALL GAMES, INC.; and<br>DOES 1-100, inclusive,<br><br>    Defendants. | CV 03-3592 RSWL (CWx)<br><br>**ORDER** |



THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

On December 15, 2003 at 9:00 a.m., Defendants Rockstar Games, Inc., Take-Two Interactive Software, Inc., and Jack of All Games, Inc.'s motion to dismiss Plaintiff Concorde - New Horizons Corp.'s First Cause of Action for Copyright Infringement came on for hearing before this Court. Having considered all papers and argument in this matter, the Court hereby orders as follows:

While the Court finds that Defendants' argument regarding the lack of similarity between Plaintiff's movie and Defendants' video game has some merit, this Court is reluctant to dismiss Plaintiff's copyright claim on a Fed. R. Civ. Proc. 12(b)(6) motion. The works at issue, by their very nature, require more guidance from the parties to evaluate their similarity, or lack thereof, than most other types of works. Copyright claims do not need to be pled with particularity. Dismissing Plaintiff's copyright claim without first giving Plaintiff an opportunity to characterize the nature of the two works would circumvent the liberal pleading standards of the Federal Rules. Accordingly, the Court **DENIES** Defendants' motion to dismiss Plaintiff's First Cause of Action for Copyright Infringement.

**IT IS SO ORDERED.**

RONALD S.W. LEW

---
**RONALD S.W. LEW**
United States District Judge

DATED: January 30, 2004

(Orders\Concorde.12b6.wpd\y)